IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BLAIN SUPPLY, INC.,

        Plaintiff,

v.                                Case No. 09-cv-746

RUNNING SUPPLY, INC.,

        Defendant.

---

## DENIAL OF ENTRY OF DEFAULT

---

Plaintiff requests that default be entered against defendant Running Supply, Inc., pursuant to Federal Rule of Civil Procedure 55(a). Defendant filed a motion to dismiss on January 4, 2010 and subsequently withdrew that motion on April 29, 2010. Therefore, I conclude that defendant has appeared.

Plaintiff filed its motion for entry of default on May 20, 2010 and two hours later defendant filed its answer. Defendant Running Supply, Inc. has now answered.

Plaintiff's request to enter the default of defendant Running Supply, Inc. pursuant to Federal Rule of Civil Procedure 55(a) is denied.

Dated this 24th day of May, 2010.

*[signature: Peter Oppeneer]*

PETER OPPENEER
Clerk of Court